ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>STEPHANIE FERREIRA,<br><br>                    Defendants. | CASE NO.  1:24-CR-00209-KES-EPG<br><br>STIPULATION TO RESET CHANGE OF PLEA |

        IT IS HEREBY STIPULATED between the parties that the change of plea set before the Hon. Kirk E. Sherriff for May 18, 2026, be continued to June 15, 2026.


**STIPULATION**

        Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

        1.      Defendant intends to enter either an open plea or enter into a plea agreement with the Government.

        2.      The parties have been engaged in negotiations about FERREIRA's potential plea agreement, and have reached a working understanding of the terms of the plea. Based on those negotiations, the government is preparing a written plea agreement for the defendant to consider.

        3.      The parties need additional time in order to draft this agreement and for the defendant to consider it.

        4.      By this stipulation, the parties now move to continue the change of plea, and to exclude

Stipulation                                    1

time from May 18, 2026, to June 15, 2026.

5. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery and investigate the foundation for a resolution by plea or trial further.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation should the matter not resolve prior to trial; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2026 to June 15, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation

2

Dated: May 12, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: May 12, 2026

/s/ Anthony Capozi
ANTHONY CAPOZZI
Attorney for Defendant Stephanie FERREIRA

**ORDER**

IT IS SO ORDERED that the change of plea hearing is reset from May 18, 2026, to **June 15, 2026, at 9:30 a.m.**, and time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 as stated above between those dates as the Court finds good cause pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv), for the reasons stated above.

IT IS SO ORDERED.

Dated:   May 13, 2026   _____

UNITED STATES DISTRICT JUDGE

Stipulation
3