ANTHONY P. CAPOZZI, SBN: 68525
LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
STEPHANIE FERREIRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEPHANIE FERREIRA<br>Defendant. | CASE NO.: 1:24-CR-00209-KES-EPG<br><br>**REQUEST TO SEAL TO SEAL CONFIDENTIAL PSYCHIATRIC EVALUATION IN SUPPORT OF DEFNDANT'S SENTENCING; AND ORDER** |

Defendant, STEPHANIE FERREIRA, by and through her attorney of record, hereby requests that the Court issue an Order sealing the confidential psychiatric evaluation in support of Defendant's sentencing, pursuant to Local Rule 141(b).

Defendant makes this request because this document is a psychiatric evaluation report done by Dr. Howard Terrell, M.D., which contains sensitive information that Defendant contends should not be for public view.

The defendant seeks to file this one confidential psychiatric evaluation report in support of Defendant's sentencing taking place on Tuesday, September 8, 2026, at 9:30 a.m., before Honorable Kirk E. Sheriff.

//

//

//

It is respectfully requested that this report be filed under seal until further order of the Court.

Respectfully submitted,

DATED: September 3, 2026

*/s/ Anthony P. Capozzi.* .
ANTHONY P. CAPOZZI, Attorney for
STEPHANIE FERREIRA

**ORDER**

**IT IS HEREBY ORDERED** that pursuant to Local Rule 141(b) and based upon Defendant's representation, the confidential psychiatric evaluation of Defendant, STEPHANIE FERREIRA, shall be SEALED, until further order of this Court.

**IT IS FURTHER ORDERED** that access to the sealed documents shall be limited to the government and counsel for the defendant.

IT IS SO ORDERED.

Dated: September 3, 2026

UNITED STATES DISTRICT JUDGE