ANTHONY P. CAPOZZI, SBN: 68525
LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
STEPHANIE FERREIRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEPHANIE FERREIRA<br>Defendant. | CASE NO.: 1:24-CR-00209-KES-EPG<br><br>**ORDER FOR RELEASE** |

The defendant, STEPHANIE FERREIRA, having been sentenced to time served on September 8, 2026, IT IS HEREBY ORDERED that the defendant, Stephanie Ferreira be released from the Fresno County Jail forthwith.

IT IS SO ORDERED.

Dated: September 8, 2026

[signature]
UNITED STATES DISTRICT JUDGE