ANTHONY P. CAPOZZI, SBN: 68525
LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
Email: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant
STEPHANIE FERREIRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEPHANIE FERREIRA,<br>Defendant. | CASE NO: 1:24-CR-00209-KES-EPG<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ANTHONY P. CAPOZZI AS ATTORNEY OF RECORD; AND ORDER** |

On August 29, 2024, Defendant STEPHANIE FERREIRA was indicted on federal charges. CJA Panel Attorney Anthony P. Capozzi was appointed as trial counsel to represent Ms. Ferreira on September 5, 2024, in her criminal case. Ms. Ferreira was sentenced pursuant to a plea agreement on September 5, 2026. Ms. Ferreira was in custody at sentencing. The trial phase of Ms. Ferreira's criminal case has, therefore, come to an end. Having completed his representation of Ms. Ferreira, CJA attorney Anthony P. Capozzi now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Ferreira require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)

4875561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: November 5, 2026,

Respectfully submitted,

*/s/ Anthony P. Capozzi.* .
ANTHONY P. CAPOZZI, Attorney for
STEPHANIE FERREIRA

**ORDER**

Having reviewed the notice and found that attorney Anthony P. Capozzi has completed the services for which he was appointed, the Court hereby grants attorney Anthony P. Capozzi's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Stephanie Ferreira at the following address and to update the docket to reflect Defendant's pro se status and contact information.

STEPHANIE FERREIRA
1001 Mary Street
Evansville, IN 47710

IT IS SO ORDERED.

Dated: November 5, 2026

UNITED STATES DISTRICT JUDGE